CO 217B2
Rev. 3/06
FPI-SST

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Kelvin J. Miles
---
Plaintiff(s)

vs.                                    Civil Action No. _____

United States of America
---
Defendant(s)

Dear : Mr. Miles :

In the above entitled case, please be advised that on 5/16/08
Judge Friedman endorsed thereon as follows:

**"Leave to file is DENIED."**

As a result of the Judge's ruling, your document has not been filed with our Court and a copy is being returned to you at this time. Thank you.

NANCY MAYER-WHITTINGTON, CLERK

By: Ra Janay Scott
Deputy Clerk

**Leave to file DENIED**

*[signature]*
United States District Judge
5/16/08
28 USC § 1915(g)

In The United States District Court For The
District Of Columbia

Kelvin J. Miles #
   MCIH
   18601 Roxbury Road        Civil No.
v  Hagerstown, MD 21716
United States Of America

Civil Complaint
And Appointment Of Counsel

Pro se Plaintiff Kelvin J. Miles moves this Court for Civil Complaint And Appointment Of Counsel pursuant to Fed. R. Civ. P. 42 U.S.C. 1983 et al, 28 U.S.C. 1915.

Forma Pauperis

Petitioner-Plaintiff is an imminent danger of serious physical injury and have meager funds and no assets, and has lost weight over 40 pounds.

Plaintiff alleges that his criminal case has been invalidated by an authorized tribunal by the Superior Court Of The District Of Columbia-Criminal trial NO. F-5256-79 See Heck v. Humphrey, 114 S. Ct. 2364; see exhibit one the Brown case invalidated.

Preliminary Injunction And Temporary Restraining Order

Plaintiff ask that a preliminary injunction and temporary restraining order issue ordering the Superior Court to reverse the foster case and to appoint counsel to expedite the matter.

Wherefore, Plaintiff pray that he is awarded one million dollars in punitive damages for emotional, mental and lost of weight injury.

RECEIVED
MAY 29 2008
Clerk, U.S. District and
Bankruptcy Courts

Kelvin J. Miles

Kelvin J. Miles, #157867
MCI-H
18601 Roxbury Road
Hagerstown, Md. 21746

Certificate of Service

A copy of this complaint was mailed on 4-16-08 to U.S. Attorney Office - 555 4th Street, N.W., Washington, D.C. 20001.

*Kelvin J. Miles*

| DATE | CODEID | OP ID | REFERENCE | TRANS | RESERVE | ACTIVE | BALANCE |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 2.00- | 50.00 | 28.49 | 78.49 |
| 01/16/08 | 89040023 | C50417 | T-NETIX | | | | |
| | 0.00 | 0.00 | 0.00 | 10.00- | 50.00 | 30.49 | 80.49 |
| 01/15/08 | 60040015 | C50581 | SFN | | | | |
| | 0.00 | 0.00 | 0.00 | 10.00- | 50.00 | 40.49 | 90.49 |
| 01/04/08 | 21040114 | C50417 | PAYROLL DEC | | | | |
| | 0.00 | 0.00 | 0.00 | 19.95 | 50.00 | 50.49 | 100.49 |
| 01/02/08 | 60040112 | L50036 | SFN | | | | |
| | 0.00 | 0.00 | 0.00 | 10.00- | 50.00 | 30.54 | 80.54 |

MAIN MENU=PF5   RCPTS=PF7   DISBURS=PF8   XREF=PF9   ACCT MENU=PF10   CLEAR=SIGN OFF

P/N   B32025           INMATE BANKING SYSTEM              DATE: 04/29/08
PAGE     5                 INMATE INQUIRY                 TIME:  11:49
DOC#:  157867       NAME:  MILES            KELVIN          SSNO:  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
NOTE:  FROM 03 MP159

| DATE | CODEID | OP ID | REFERENCE | TRANS | RESERVE | ACTIVE | BALANCE |
|---|---|---|---|---|---|---|---|
| 12/28/07 | 88040001 | C50581 | BULLDOG FEDERAL | | | | |
| | 0.00 | 0.00 | 0.00 | 25.00- | 50.00 | 40.54 | 90.54 |
| 12/28/07 | 88040001 | C50581 | SYDA FOUNDATION | | | | |
| | 0.00 | 0.00 | 0.00 | 15.00- | 50.00 | 65.54 | 115.54 |
| 12/21/07 | 64040001 | C50417 | COPIES | | | | |
| | 0.00 | 0.00 | 0.00 | 0.30- | 50.00 | 80.54 | 130.54 |
| 12/17/07 | 60040136 | C50417 | SFN | | | | |
| | 0.00 | 0.00 | 0.00 | 15.00- | 50.00 | 80.84 | 130.84 |
| 12/12/07 | 89040027 | C50417 | T-NETIX | | | | |
| | 0.00 | 0.00 | 0.00 | 20.00- | 50.00 | 95.84 | 145.84 |
| 12/12/07 | 60040138 | C50417 | SFN | | | | |
| | 0.00 | 0.00 | 0.00 | 10.00- | 50.00 | 115.84 | 165.84 |
| 12/04/07 | 20040004 | C50581 | 04*8442 | | | | |
| | 0.00 | 0.00 | 0.00 | 75.00 | 50.00 | 125.84 | 175.84 |
| 12/04/07 | 21040002 | C50581 | PAYROLL NOV | | | | |
| | 0.00 | 0.00 | 0.00 | 20.90 | 50.00 | 50.84 | 100.84 |

MAIN MENU=PF5   RCPTS=PF7   DISBURS=PF8   XREF=PF9   ACCT MENU=PF10   CLEAR=SIGN OFF

P/N   B32025           INMATE BANKING SYSTEM              DATE: 04/29/08
PAGE     6                 INMATE INQUIRY                 TIME:  11:49
DOC#:  157867       NAME:  MILES            KELVIN          SSNO:  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
NOTE:  FROM 03 MP159

| DATE | CODEID | OP ID | REFERENCE | TRANS | RESERVE | ACTIVE | BALANCE |
|---|---|---|---|---|---|---|---|
| 11/27/07 | 89040003 | C50417 | T-NETIX | | | | |
| | 0.00 | 0.00 | 0.00 | 20.00- | 50.00 | 29.94 | 79.94 |
| 11/26/07 | 60040012 | C50581 | SFN | | | | |
| | 0.00 | 0.00 | 0.00 | 12.00- | 50.00 | 49.94 | 99.94 |
| 11/20/07 | 88040004 | C50417 | UNION SUPPLY | | | | |
| | 0.00 | 0.00 | 0.00 | 12.90- | 50.00 | 61.94 | 111.94 |
| 11/16/07 | 64040001 | C50417 | COPIES | | | | |
| | 0.00 | 0.00 | 0.00 | 3.75- | 50.00 | 74.84 | 124.84 |
| 11/15/07 | 89040026 | C50417 | T-NETIX | | | | |
| | 0.00 | 0.00 | 0.00 | 10.00- | 50.00 | 78.59 | 128.59 |
| 11/15/07 | 61040003 | C50581 | FEDX | | | | |
| | 0.00 | 0.00 | 0.00 | 8.36- | 50.00 | 88.59 | 138.59 |
| 11/13/07 | 60040208 | C50631 | SFN | | | | |
| | 0.00 | 0.00 | 0.00 | 25.00- | 50.00 | 96.95 | 146.95 |
| 11/06/07 | 88040001 | C50417 | SIDDHE YOGA FOU | | | | |
| | 0.00 | 0.00 | 0.00 | 15.00- | 50.00 | 121.95 | 171.95 |

MAIN MENU=PF5   RCPTS=PF7   DISBURS=PF8   XREF=PF9   ACCT MENU=PF10   CLEAR=SIGN OFF

P/N   B32025           INMATE BANKING SYSTEM              DATE: 04/29/08
PAGE     7                 INMATE INQUIRY                 TIME:  11:49
DOC#:  157867       NAME:  MILES            KELVIN          SSNO:  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
NOTE:  FROM 03 MP159

| DATE | CODEID | OP ID | REFERENCE | TRANS | RESERVE | ACTIVE | BALANCE |
|---|---|---|---|---|---|---|---|
| 11/05/07 | 21040025 | C50581 | PAYROLL OCT | | | | |
| | 0.00 | 0.00 | 0.00 | 21.85 | 50.00 | 136.95 | 186.95 |
| 11/01/07 | 20040004 | C50417 | 04 6618 | | | | |
| | 0.00 | 0.00 | 0.00 | 50.00 | 50.00 | 115.10 | 165.10 |
| 11/01/07 | 6804MD05 | C50581 | CO-PAY 9-10-07 | | | | |
| | 0.00 | 0.00 | 0.00 | 2.00- | 50.00 | 65.10 | 115.10 |
| 10/23/07 | 89040013 | C50581 | T-NETIX | | | | |
| | 0.00 | 0.00 | 0.00 | 10.00- | 50.00 | 67.10 | 117.10 |
| 10/22/07 | 60040109 | C50417 | SFN | | | | |
| | 0.00 | 0.00 | 0.00 | 20.00- | 50.00 | 77.10 | 127.10 |
| 10/10/07 | 89040024 | C50417 | T-NETIX | | | | |
| | 0.00 | 0.00 | 0.00 | 10.00- | 50.00 | 97.10 | 147.10 |
| 10/09/07 | 60040042 | E50572 | SFN | | | | |
| | 0.00 | 0.00 | 0.00 | 10.00- | 50.00 | 107.10 | 157.10 |
| 10/02/07 | 21040054 | C50677 | PAYROLL SEP | | | | |
| | 0.00 | 0.00 | 0.00 | 19.00 | 50.00 | 117.10 | 167.10 |

MAIN MENU=PF5   RCPTS=PF7   DISBURS=PF8   XREF=PF9   ACCT MENU=PF10   CLEAR=SIGN OFF

P/N   B32025           INMATE BANKING SYSTEM              DATE: 04/29/08
PAGE     8                 INMATE INQUIRY                 TIME:  11:49

```
P/N     B32025          INMATE BANKING SYSTEM          DATE: 04/29/08
PAGE       1               INMATE INQUIRY             TIME: 11:49
DOC#:   157867     NAME:  MILES        KELVIN        SSNO: 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
NOTE:   FROM 03 MP159
```

| DATE | CODEID | OP ID | REFERENCE | | | | |
|---|---|---|---|---|---|---|---|
| | CRTCOSTS | HOLD | CONTRBND | TRANS | RESERVE | ACTIVE | BALANCE |
| 04/28/08 | 60041009 | K50877 | SFN | 10.00- | 50.00 | 159.33 | 209.33 |
| | 0.00 | 0.00 | 0.00 | | | | |
| 04/25/08 | 88040003 | C50581 | SIDDHA YOGA FOU | 10.00- | 50.00 | 169.33 | 219.33 |
| | 0.00 | 0.00 | 0.00 | | | | |
| 04/22/08 | 89040015 | C51729 | T-NETIX | 10.00- | 50.00 | 179.33 | 229.33 |
| | 0.00 | 0.00 | 0.00 | | | | |
| 04/21/08 | 60040025 | C50677 | SFN | 12.00- | 50.00 | 189.33 | 239.33 |
| | 0.00 | 0.00 | 0.00 | | | | |
| 04/18/08 | 20040005 | C50581 | 04*17412 | 100.00 | 50.00 | 201.33 | 251.33 |
| | 0.00 | 0.00 | 0.00 | | | | |
| 04/16/08 | 89040022 | C50417 | T-NETIX | 10.00- | 50.00 | 101.33 | 151.33 |
| | 0.00 | 0.00 | 0.00 | | | | |
| 04/15/08 | 60040307 | C51729 | SFN | 25.00- | 50.00 | 111.33 | 161.33 |
| | 0.00 | 0.00 | 0.00 | | | | |
| 04/03/08 | 21040248 | C50417 | PAYROLL MAR | 10.45 | 50.00 | 136.33 | 186.33 |
| | 0.00 | 0.00 | 0.00 | | | | |

MAIN MENU=PF5   RCPTS=PF7   DISBURS=PF8   XREF=PF9   ACCT MENU=PF10   CLEAR=SIGN OFF

```
P/N     B32025          INMATE BANKING SYSTEM          DATE: 04/29/08
PAGE       2               INMATE INQUIRY             TIME: 11:49
DOC#:   157867     NAME:  MILES        KELVIN        SSNO: 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
NOTE:   FROM 03 MP159
```

| DATE | CODEID | OP ID | REFERENCE | | | | |
|---|---|---|---|---|---|---|---|
| | CRTCOSTS | HOLD | CONTRBND | TRANS | RESERVE | ACTIVE | BALANCE |
| 04/03/08 | 21040219 | C50417 | PAYROLL MAR | 14.04 | 50.00 | 125.88 | 175.88 |
| | 0.00 | 0.00 | 0.00 | | | | |
| 04/01/08 | 89040013 | C50417 | T-NETIX | 10.00- | 50.00 | 111.84 | 161.84 |
| | 0.00 | 0.00 | 0.00 | | | | |
| 03/31/08 | 60040017 | E50572 | SFN | 20.00- | 50.00 | 121.84 | 171.84 |
| | 0.00 | 0.00 | 0.00 | | | | |
| 03/27/08 | 64040002 | C50581 | COPIES | 0.45- | 50.00 | 141.84 | 191.84 |
| | 0.00 | 0.00 | 0.00 | | | | |
| 03/24/08 | 60040011 | C50581 | SFN | 12.00- | 50.00 | 142.29 | 192.29 |
| | 0.00 | 0.00 | 0.00 | | | | |
| 03/19/08 | 20040004 | C50581 | 04*15611 | 100.00 | 50.00 | 154.29 | 204.29 |
| | 0.00 | 0.00 | 0.00 | | | | |
| 03/18/08 | 89040014 | C50417 | T-NETIX | 10.00- | 50.00 | 54.29 | 104.29 |
| | 0.00 | 0.00 | 0.00 | | | | |
| 03/17/08 | 60040204 | E50572 | FFS | 10.00- | 50.00 | 64.29 | 114.29 |
| | 0.00 | 0.00 | 0.00 | | | | |

MAIN MENU=PF5   RCPTS=PF7   DISBURS=PF8   XREF=PF9   ACCT MENU=PF10   CLEAR=SIGN OFF

```
P/N     B32025          INMATE BANKING SYSTEM          DATE: 04/29/08
PAGE       3               INMATE INQUIRY             TIME: 11:49
DOC#:   157867     NAME:  MILES        KELVIN        SSNO: 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
NOTE:   FROM 03 MP159
```

| DATE | CODEID | OP ID | REFERENCE | | | | |
|---|---|---|---|---|---|---|---|
| | CRTCOSTS | HOLD | CONTRBND | TRANS | RESERVE | ACTIVE | BALANCE |
| 03/12/08 | 89040026 | C50417 | T-NETIX | 10.00- | 50.00 | 74.29 | 124.29 |
| | 0.00 | 0.00 | 0.00 | | | | |
| 03/10/08 | 60040113 | C50417 | SFN | 15.00- | 50.00 | 84.29 | 134.29 |
| | 0.00 | 0.00 | 0.00 | | | | |
| 03/07/08 | 88040100 | C50417 | SIDDHA YOGA FOU | 10.00- | 50.00 | 99.29 | 149.29 |
| | 0.00 | 0.00 | 0.00 | | | | |
| 03/03/08 | 21040009 | C50581 | PAYROLL FEB | 19.95 | 50.00 | 109.29 | 159.29 |
| | 0.00 | 0.00 | 0.00 | | | | |
| 02/19/08 | 60040115 | C50417 | SFN | 20.00- | 50.00 | 89.34 | 139.34 |
| | 0.00 | 0.00 | 0.00 | | | | |
| 02/14/08 | 88040003 | C50417 | SIDDHA YOGA FOU | 15.00- | 50.00 | 109.34 | 159.34 |
| | 0.00 | 0.00 | 0.00 | | | | |
| 02/12/08 | 60040102 | C50417 | SFN | 6.00- | 50.00 | 124.34 | 174.34 |
| | 0.00 | 0.00 | 0.00 | | | | |
| 02/05/08 | 21040517 | C50677 | PAYROLL JAN | 21.85 | 50.00 | 130.34 | 180.34 |
| | 0.00 | 0.00 | 0.00 | | | | |

MAIN MENU=PF5   RCPTS=PF7   DISBURS=PF8   XREF=PF9   ACCT MENU=PF10   CLEAR=SIGN OFF

```
P/N     B32025          INMATE BANKING SYSTEM          DATE: 04/29/08
PAGE       4               INMATE INQUIRY             TIME: 11:49
DOC#:   157867     NAME:  MILES        KELVIN        SSNO: 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
NOTE:   FROM 03 MP159
```

| DATE | CODEID | OP ID | REFERENCE | | | | |
|---|---|---|---|---|---|---|---|
| | CRTCOSTS | HOLD | CONTRBND | TRANS | RESERVE | ACTIVE | BALANCE |
| 01/29/08 | 89040013 | C50417 | T-NETIX | 10.00- | 50.00 | 108.49 | 158.49 |
| | 0.00 | 0.00 | 0.00 | | | | |
| 01/22/08 | 60040016 | C50581 | SFN | 10.00- | 50.00 | 118.49 | 168.49 |
| | 0.00 | 0.00 | 0.00 | | | | |
| 01/17/08 | 20040003 | C50581 | 04*11717 | 100.00 | 50.00 | 128.49 | 178.49 |
| | 0.00 | 0.00 | 0.00 | | | | |
| 01/17/08 | 68041000 | C50417 | COPAY12/30 | | | | |

On December 1, 1980, and again on January 12, 1981, the defendant's trial for the offenses against Belinda Foster had to be continued - this Court was in trial on other matters. On January 26, 1981, a jury trial commenced, and on January 30, 1981, the jury found defendant guilty of burglary and assault with intent to commit rape, but not guilty of sodomy, for the Belinda Foster offenses occurring on March 16, 1979.

On May 11, 1981, this Court sentenced the defendant to ten (10) to thirty (30) years incarceration on the burglary count, to run consecutively to any sentence being served, and to three (3) to nine (9) years incarceration for assault with intent to commit rape, to run concurrent with all other sentences. While the defendant's appeal from these convictions was pending, he filed two motions with this Court to vacate his sentence pursuant to D.C. Code 23-110, alleging grand jury abuse. This Court's denial of those motions, and the defendant's conviction, were affirmed on appeal. See Kelvin J. Miles v. United States, 483 A.2d 649 (D.C. 1984).

Upon the successful prosecution and conviction of the defendant for the offenses committed against Belinda Foster, the Government moved on May 11, 1981, to dismiss with prejudice those counts involving the offenses against complainant Oleathia Brown, alleged to have occurred on June 28, 1979.

In this motion now before the Court, the defendant contends that his conviction should be set aside because he was denied certain rights under the Interstate Agreement on Detainers. The

4

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of  COLUMBIA

_Kelvin J. Miles_

Plaintiff

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

V.

_United States of America_

CASE NUMBER:

Defendant

I, _Kelvin J. Miles_, declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)
   If "Yes," state the place of your incarceration _Maryland Correctional Institute-Hagerstown_
   Are you employed at the institution? _Yes_  Do you receive any payment from the institution? _____
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends              ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments    ☐ Yes   ☑ No
   d. Disability or workers compensation payments       ☐ Yes   ☑ No
   e. Gifts or inheritances                             ☐ Yes   ☑ No
   f. Any other sources                                 ☐ Yes   ☑ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?  ☐ Yes   ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   Daughter - K.S.

I declare under penalty of perjury that the above information is true and correct.

4-30-08                     Kelvin J. Miller
Date                        Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach a certified statement of each account.

ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____  _____ | _____  _____ |
| United States Judge   Date | United States Judge   Date |