May 27, 2008

United States District Court For
District Of Columbia
Chief Judge Hogan Chambers
Washington, D.C. 20001

FILED
MAY 28 2008
Clerk, U.S. District and Bankruptcy Courts

RECEIVED
AUG 6 2008
CHAMBERS OF
JUDGE LAMBERTH

Case: 1:08-mc-00503
Assigned To : Lamberth, Royce C.
Assign. Date : 5/28/2008
Description: Miscellaneous

Re: Kelvin J. Miles v United States of America

Dear Chief Judge:

I filed the attached complaint to this court and U.S. Judge Friedman denied my complaint without assigned civil number.

I asked that said judge to recusal himself from all future civil matters in this court, because said judge I believe has something personal against me. Judge Friedman denied my timely appeal and would not let me proceed on appeal in civil action NO. 07-0911.

Can you please allow me to proceed in this court in attached complaint before a more liberal judge? Can you acknowledge receipt of this letter?

Thank you,
Kelvin J. Miles, #157867
MCI-H
18601 Roxbury Road

Hagerstown, Md. 21796

cc: U.S. Attorney Office